# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

144951

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 144951
                                    COA: 307674

BRYAN ALLEN CARY,
                                      Jackson CC: 00-001276-FH
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 2, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2013

_____
Clerk

s0313